Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Yana A. Hart, Esq. (SBN: 306499)
yana@westcoastlitigation.com
**HYDE & SWIGART APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| A.G., *et al* <br><br> Plaintiff, <br><br> v. <br><br> South Bay Dreams Cooperative, Inc. <br><br> Defendant. | **CASE NO: 3:16-CV-2598-L-RNB** <br><br><br> **JOINT NOTICE OF SETTLEMENT ON INDIVIDUAL BASIS** |
|---|---|

   NOTICE IS HEREBY GIVEN that this case has been settled in its entirety on individual basis.  Plaintiff anticipates filing a Petition for Approval of Minor's Interest in Settlement of Action for this Court's review and approval of the individual settlement reached in this action pursuant to Local Rule 17.1 within 30 days.  The parties request that all pending dates and filing requirements be vacated

and that the Court set a deadline for filing Petition for Approval of Minor's Interest in Settlement of Action on or after May 19, 2018.

Respectfully submitted,

**HYDE & SWIGART, APC**

Date: April 19, 2018       By: *s/Yana A. Hart*
                              Yana A. Hart, Esq.
                              *Attorneys for Plaintiff*

Respectfully submitted,
**LAW OFFICES OF STEVEN A. ELIA**

Date: April 19, 2018       By: *s/Steven A. Elia*
                              Steven A. Elia, Esq.
                              *Attorney for Defendant*

### CERTIFICATION OF SIGNATURE

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Steven Elia, counsel for the Defendant, and that I have obtained his authorization to affix his electronic signature to this document.

Respectfully submitted,

**HYDE & SWIGART, APC**

Date: April 19, 2018       By: *s/Yana A. Hart*
                              Yana A. Hart, Esq.
                              *Attorneys for Plaintiff*