Yana A. Hart, Esq. (SBN: 306499)
yana@westcoastlitigation.com
**Hyde & Swigart, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AG, a minor, by and through natural parent Alexis Gutierrez, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTH BAY DREAMS COOPERATIVE d/b/a HARBOR COLLECTIVE,<br><br>Defendant. | Case No.: 3:16-cv-02598-L-DHB<br><br>**JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>**HON. M. JAMES LORENZ** |

Plaintiff AG, hereby moves to dismiss the above entitled action with prejudice as to the named Plaintiff and without prejudice as to the Putative Class, pursuant to Fed. R. Civ. Procedure 41(a)(1)(ii), each party shall bear his/its own costs. The notice and approval requirements of Federal Rule of Civil Procedure 23(e) are inapplicable to the parties' settlement and dismissal of this Putative Class action because this action has not been certified as a class.

WHEREFORE, Plaintiff respectfully requests that this Court dismiss this action with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class. This Court retains jurisdiction to enforce the settlement of this action.

Respectfully submitted,

Dated: October 29, 2018                     **HYDE & SWIGART**

                                            By: s/Yana A. Hart
                                                Yana A. Hart
                                                *Attorneys for Plaintiff*

Dated: October 29, 2018                     **LAW OFFICE OF STEVEN A. ELIA**

                                            By: s/Steven A. Elia
                                                Steven A. Elia
                                                *Attorneys for Defendant*

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Steven A. Elia, counsel for the Defendant, and that I have obtained his authorization to affix his electronic signature to this document.

Dated: October 3, 2018                      **HYDE & SWIGART**

                                            By: s/Yana A. Hart
                                                Yana A. Hart
                                                *Attorneys for Plaintiff*